AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| NEVEN EYEWEAR, LLC, a Florida limited liability company<br><br>*Plaintiff(s)*<br>v.<br>NEVEN EYEWEAR, LLC, a Nevada limited liability company; 37 VENTURES, LLC, a Nevada limited liability company; LE VENTURES, LLC, a California limited liability company; and Khoi Le, an individual residing in Nevada,<br>*Defendant(s)* | Civil Action No. 6:24-cv-01204-PGB-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEVEN EYEWEAR, LLC, a Nevada limited liability company, REPUBLIC REGISTERED AGENT LLC, as Registed Agent; 930 S 4th St. Ste 209, Las Vegas, NV, 89101, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian J Abergel, Esquire
Peacock & Abergel, P.L.L.C.
304 S. Harbor Blvd., Suite 201
Melbourne, FL 32901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/02/2024                                                                    *Ashleigh Levi*
                                                                                    Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-01204-PGB-DCI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| NEVEN EYEWEAR, LLC, a Florida limited liability company <br><br> *Plaintiff(s)* <br> v. <br> NEVEN EYEWEAR, LLC, a Nevada limited liability company; 37 VENTURES, LLC, a Nevada limited liability company; LE VENTURES, LLC, a California limited liability company; and Khoi Le, an individual residing in Nevada, <br> *Defendant(s)* | Civil Action No. 6:24-cv-01204-PGB-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Khoi Le, an individual residing in Nevada, 895 Browning Dr Reno, NV 89506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian J Abergel, Esquire
Peacock & Abergel, P.L.L.C.
304 S. Harbor Blvd., Suite 201
Melbourne, FL 32901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/02/2024

*Ashleigh Levi*

*Signature of Clerk or Deputy Clerk*

Case 6:24-cv-01204-PGB-DCI   Document 6   Filed 07/02/24   Page 4 of 8 PageID 329

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-01204-PGB-DCI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| NEVEN EYEWEAR, LLC, a Florida limited liability company<br><br>*Plaintiff(s)*<br>v.<br>NEVEN EYEWEAR, LLC, a Nevada limited liability company; 37 VENTURES, LLC, a Nevada limited liability company; LE VENTURES, LLC, a California limited liability company; and Khoi Le, an individual residing in Nevada,<br>*Defendant(s)* | Civil Action No. 6:24-cv-01204-PGB-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LE VENTURES, LLC, a California limited liability company,
REGISTERED AGENT SOLUTIONS, INC, as Registered Agent;
187 E WARM SPRINGS ROAD SUITE B, Las Vegas, NV, 89119, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brian J Abergel, Esquire
Peacock & Abergel, P.L.L.C.
304 S. Harbor Blvd., Suite 201
Melbourne, FL 32901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/02/2024

Ashleigh Levi
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-01204-PGB-DCI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| NEVEN EYEWEAR, LLC, a Florida limited liability company <br><br> *Plaintiff(s)* <br> v. <br> NEVEN EYEWEAR, LLC, a Nevada limited liability company; 37 VENTURES, LLC, a Nevada limited liability company; LE VENTURES, LLC, a California limited liability company; and Khoi Le, an individual residing in Nevada, <br> *Defendant(s)* | Civil Action No. 6:24-cv-01204-PGB-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 37 VENTURES, LLC, a Nevada limited liability company,
LEGALINC CORPORATE SERVICES INC, as Registered Agent;
1810 E SAHARA AVE STE 215, Las Vegas, NV, 89104, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian J Abergel, Esquire
Peacock & Abergel, P.L.L.C.
304 S. Harbor Blvd., Suite 201
Melbourne, FL 32901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/02/2024                                   *Ashleigh Levi*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-01204-PGB-DCI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by **Fed. R. Civ. P. 4** (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: